IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  13-cv-00908-RM-BNB

Dr. DORIS RAPP,

Plaintiff,

v.

KARIN HOFFMAN, and
TENDRIL PRESS, LLC

Defendants,

_____

**ORDER**

_____

This matter arises sua sponte.

By an Order [Doc. # 17, filed 6/7/2013] I granted the defendants an extension of time to

and including June 17, 2013, within which to answer or otherwise respond to the Complaint.  Id.

at p. 3.  I cautioned the defendants, however, that although defendant Karin Hoffman may

proceed pro se, defendant Tendril Press, LLC, is a corporation and may appear in this court only

through licensed counsel.  Id. at p. 2 n.1.  My warning notwithstanding, Ms. Hoffman, who is not

a member of the bar of this court, purported to answer on behalf of both herself and Tendril

Press.

IT IS ORDERED:

(1)     The Answer, insofar as it purports to be on behalf of Tendril Press, is

STRICKEN; and

(2)     The case is set for a scheduling conference on **July 12, 2013, at 9:00 a.m.**, in

Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver,

Colorado.  The parties shall prepare a proposed scheduling order and submit it to the court no later than **July 5, 2013**.

Dated June 18, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge