IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00908-RM-BNB

Dr. DORIS RAPP,

Plaintiff,

v.

KARIN HOFFMAN, and
TENDRIL PRESS, LLC

Defendants,
_____

## ORDER
_____

Plaintiff's counsel and Ms. Hoffman, proceeding pro se, appeared this morning for a scheduling conference. Competing scheduling orders were submitted. I made rulings on the record during the scheduling conference which are incorporated here.

IT IS ORDERED:

(1)    The competing proposed scheduling orders are REFUSED.

(2)    Plaintiff's counsel and Ms. Hoffman shall work together cooperatively to prepare and submit a revised scheduling order. The revised scheduling order must be submitted on or before July 22, 2013, and shall incorporate my rulings of today, including the following discovery limitations and pretrial deadlines:

Rule 26(a)(1) disclosures:

| | |
|---|---|
| Plaintiff: | July 16, 2013 |
| Defendant: | July 23, 2013 |

Deadline to join parties and
amend pleadings:                     September 1, 2013

Discovery Cut-Off: January 13, 2014

(All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

Discovery is limited as follows: 10 depositions per side

25 interrogatories per side; 25 requests for production of documents per side; and 25 requests for admissions per side, all including discrete subparts

Dispositive Motions Deadline: February 17, 2014

Expert Disclosures: Each side may designate no more than three specially retained experts.

(a) The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before November 1, 2013

(b) The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before December 2, 2013

Final Pretrial Conference: A final pretrial conference will be held in this case on April 15, 2014, at 9:00 a.m. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than April 8, 2014.

Dated July 12, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge