IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00908-RM-BNB

**DORIS RAPP**,

       Plaintiff,

v.

**KARIN HOFFMAN**,
**TENDRIL PRESS, LLC,**

       Defendants.

---

### STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

IT IS STIPULATED AND ORDERED that, at the conclusion of the hearing on

June 2, 2014, parties shall retain custody of their respective exhibits until such time as

all need for the exhibits has terminated and the time to appeal has expired or all

appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this ___ day of June, 2014

BY THE COURT:

_____
Boyd N. Boland, Magistrate Judge

_____      _____
Attorney for Plaintiff                       Attorney for Defendant