IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00908-RM-BNB

Dr. DORIS RAPP,

Plaintiff,

v.

KARIN HOFFMAN, and
TENDRIL PRESS, LLC

Defendants,

_____

**ORDER**
_____

This matter arises on the **Unopposed Motion by Plaintiff to Reopen Discovery and Modify Scheduling Order** [Doc. # 64, filed 7/31/2014] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion [Doc. # 64] is GRANTED as specified; and

(2) The case schedule is modified to the following extent:

Discovery Cut-Off:              November 30, 2014

(All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

Dispositive Motions Deadline:   November 30, 2014

Final Pretrial Conference: A final pretrial conference is set for January 22, 2015, at 10:00 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. A Final Pretrial Order shall be prepared by the parties and submitted

to the court no later than January 15, 2015.

Dated August 6, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

2