IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00908-RM-BNB

Dr. DORIS RAPP,

Plaintiff,

v.

KARIN HOFFMAN, and
TENDRIL PRESS, LLC

Defendants,

_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion to Amend Scheduling Order** [Doc. # 71, filed 11/26/2014] (the "Motion"), which is GRANTED as specified.

I previously allowed defendant Karin Hoffman to withdraw deemed admissions. In doing so, I noted that the plaintiff may require additional discovery. Order [Doc. # 69] at p. 3. The plaintiff now requests that discovery and the dispositive motion deadline be extended by 90 days and that she be allowed to serve ten additional requests for admissions.

Good cause exists for the extensions of time. I do not agree, however, that the plaintiff should be allowed ten additional requests for admissions. Ms. Hoffman is proceeding pro se and has demonstrated an inability to make timely discovery responses. Although I do not condone Ms. Hoffman's failures to make discovery as required, nor do I think it appropriate to plow old ground where the plaintiff serves admission requests; Ms. Hoffman fails to timely respond resulting in the requests being deemed admitted; and Ms. Hoffman seeks to set the admissions aside. If the plaintiff requires additional depositions, interrogatories, or production requests, and

can demonstrate good cause for an increase, I will consider that. The use of requests for admissions has proven to be not useful in this case, however.

IT IS ORDERED:

(1)   The Motion [Doc. # 71] is GRANTED IN PART and DENIED IN PART as specified; and

(2)   The case schedule is modified to the following extent:

- Discovery cut-off:                March 2, 2015
- Dispositive motion deadline:      March 2, 2015.

Dated December 2, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge