**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00908-RM-NYW

Dr. DORIS RAPP,

      Plaintiff,

v.

KARIN HOFFMAN, and
TENDRIL PRESS, LLC, a Colorado Corporation,

      Defendants.

---

**MINUTE ORDER**

---

Entered By Magistrate Judge Nina Y. Wang

      This matter is before the Court on the Parties' Joint Motion to Stay Litigation (the "Motion"). [#82, filed June 10, 2015]. The matter was referred to this Magistrate Judge pursuant to the Order Referring Case dated May 24, 2013 [#10] and memorandum dated June 11, 2015 [#83].

      IT IS ORDERED that the Motion is GRANTED:

1. The Parties shall file the appropriate dismissal papers on or before **August 3, 2015**; and

2. The Final Pretrial Conference scheduled for June 18, 2015 at 9:00 a.m. is VACATED and reset for **August 10, 2015 at 9:00 a.m.**, to be vacated upon the filing of the dismissal papers without further action by the Parties.

DATED: June 12, 2015