**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13-cv-00908-RM-NYW

DR. DORIS RAPP,

    Plaintiff,

v.

KARIN HOFFMAN and
TENDRIL PRESS, LLC

    Defendants.

_____

## ORDER
_____

This matter is before the Court on Plaintiff's unopposed motion for dismissal with prejudice. (ECF No. 85.) The Court has reviewed the motion and the docket in this matter. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Court:

    (1)    GRANTS Plaintiff's unopposed motion for dismissal with prejudice (ECF No. 85);

    (2)    DISMISSES all claims raised in this matter;

    (3)    DENIES as MOOT Defendant Karin Hoffman's motion to dismiss (ECF No. 79); and

2

(4)     ORDERS each party to bear its own costs, expenses, and fees, including but not limited to attorneys' fees, except as otherwise may have been agreed to by the parties in their confidential settlement agreement.

DATED this 4th day of August, 2015.     BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge